# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VALERIE STRIGGS, LENETTA
WILLIAMS, EVELYN DENTS, AND
RAYMOND BROOKS

VERSUS

WEST BATON ROUGE PARISH,
WEST BATON ROUGE PARISH
BOARD OF ADJUSTMENTS, AND
QUANTIX SCS, LLC

NO.  2026 CW 0308

**JUNE 15, 2026**

---

In Re:    Quantix SCS, LLC and West Baton Rouge Parish and West
          Baton Rouge Parish Board of Adjustments, applying for
          supervisory writs, 18th Judicial District Court,
          Parish of West Baton Rouge, No. 1049526.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED.**

                         **EW**
                         **CHH**
                         **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT